IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Tammy Smith, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CA No. 5:17-cv-01192-JMC-KDW |
| v. | ) |
| | ) |
| Orange Cut Rate Drugs, Inc. d/b/a Grove Park Pharmacy, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION OF DISMISSAL**

COMES NOW Plaintiff Tammy Smith and Defendant Orange Cut Rate Drugs, Inc. d/b/a Grove Park Pharmacy, by and through their respective counsel, and file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties hereby stipulate to dismissal of the above-captioned case with prejudice. Each party shall bear their own fees and costs.

**[SIGNATURE PAGE TO FOLLOW]**

2

Dated this 28th day of August 2017.

Respectfully submitted,

CROMER BABB PORTER & HICKS, LLC

*s/J. Paul Porter*
J. Lewis Cromer (Fed ID No. 362)
J. Paul Porter (Fed ID No. 11504)
1418 Laurel Street – Suite A
Columbia, SC  29201
803.799.9530 (telephone)
803.799.9533 (facsimile)
jlc@cbphlaw.com
paul@cbphlaw.com

**Attorneys for Plaintiff**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*s/Charles T. Speth II*
Charles T. Speth II (Fed ID No. 4258)

*s/Christopher R. Thomas*
Christopher R. Thomas (Fed ID No. 11793)
First Base Building
2142 Boyce Street – Suite 400
Columbia, SC  29201
803.252.1300 (telephone)
803.254.6517 (facsimile)
ted.speth@ogletree.com
christopher.r.thomas@ogletree.com

BEACH LAW OFFICE, LLC

*s/Ladson H. Beach, Jr.*
Ladson H. Beach, Jr. (Fed. ID No. 1252)
1220 Broughton Street
Orangeburg, SC  29115
803.531.3029 (telephone)
803.531.0921 (facsimile)
mail@beachlawoffice.com

**Attorneys for Defendant**